IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZIOQU, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER B. HIGGINS, Acting Director of the United States Citizenship and Immigration Services; BENJAMINE C. HUFFMAN, Acting Secretary of the United States Department of Homeland Security; and THOMAS SCHUURMANS, Acting Director of the USCIS Nebraska Service Center; <br><br> Defendants. | 4:24CV3052 <br><br> **STATUS REPORT ORDER** |

Defendants filed a Motion to Dismiss this case on July 8, 2024. (Filing No. 8.) Plaintiff has not responded to the motion and has taken no further action in this case. The Court is preparing to issue a ruling. However, before it does so—given the lack of activity in this case since the Motion to Dismiss was filed—the Court would like to confirm that Plaintiff still wishes to pursue this action, or if the issues presented in this case have been resolved.

Accordingly,

**IT IS ORDERED** that the parties shall file a report advising as to the status of this case within 14 days of this Order. If Plaintiff does not submit a status report, the Court will construe Plaintiff's silence as a representation that it no longer desires to pursue this case.

Dated this 4th day of September 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge