IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZIOQU, INC., | |
| Plaintiff, | 4:24CV3052 |
| vs. | |
| JENNIFER B. HIGGINS, Acting Director of the United States Citizenship and Immigration Services; BENJAMINE C. HUFFMAN, Acting Secretary of the United States Department of Homeland Security; and THOMAS SCHUURMANS, Acting Director of the USCIS Nebraska Service Center; | ORDER |
| Defendants. | |

Defendants filed a Motion to Dismiss this case on July 8, 2024. (Filing No. 8.) On September 4, 2025, the Court issued an order requesting that Plaintiff submit a status report within fourteen days to confirm that Plaintiff still wished to pursue this action (September 4 Order). (Filing No. 17.) The Court advised Plaintiff that silence would be construed as a representation that Plaintiff no longer desired to pursue this case.

An electronic notification of the September 4 Order was sent to Plaintiff's counsel of record, Anabel Nataros at the email address, anataros@meltzerhellrung.com on September 4, 2025. This electronic notification was returned to the Court as undeliverable, and the Court was informed that Anabel Nataros was no longer an attorney at Meltzer Hellrung, LLC. (Filing No. 18.) The Court informed Meltzer Hellrung, LLC of the September 4 Order, and it represented that alternate counsel would enter an appearance on behalf of Plaintiff in this case. Alternate counsel has not yet entered an appearance on behalf of Plaintiff.

Fourteen days have passed since the September 4 Order, and Plaintiff has not submitted a status report nor taken other action in this case. The Court will afford Plaintiff a final opportunity to file a status report and allow additional time for alternate counsel to enter an appearance in this case.

Accordingly,

**IT IS ORDERED** that counsel shall enter an appearance on Plaintiff's behalf by October 6, 2025, and submit a status report as previously ordered. If Plaintiff does not submit a status report within the prescribed timeframe, the Court will construe Plaintiff's silence as a representation that it no longer desires to pursue this case.

The Clerk of Court is directed to mail a copy of this Order to Meltzer Hellrung LLC at 1 East Wacker Drive, Suite 3700, Chicago, IL 60601.

Dated this 22nd day of September, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge