IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZIOQU, INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>JENNIFER B. HIGGINS, Acting Director of the United States Citizenship and Immigration Services; BENJAMINE C. HUFFMAN, Acting Secretary of the United States Department of Homeland Security; and THOMAS SCHUURMANS, Acting Director of the USCIS Nebraska Service Center;<br><br>            Defendants. | 4:24CV3052<br><br>**SHOW CAUSE ORDER** |

On September 4, 2025, the Court entered a Status Report Order (Filing No. 17), directing the parties to advise the Court as to the status of this case. In response, Plaintiff filed a Status Report (Filing No. 21), stating that Plaintiff no longer desired to pursue this case. The Court then advised the parties through email that a stipulation for dismissal needed to be filed. Despite several follow-up emails to Plaintiff's counsel from both the Court and Defendants' counsel, a stipulation for dismissal has yet to be signed or filed by Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a stipulation for dismissal or show cause as to why a stipulation for dismissal has not been filed by December 22, 2025. If Plaintiff does not respond to this Order by said date, this case will be dismissed without further notice.

Dated this 9th day of December, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge