IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZIOQU, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JENNIFER B. HIGGINS, Acting Director of the United States Citizenship and Immigration Services; BENJAMINE C. HUFFMAN, Acting Secretary of the United States Department of Homeland Security; and THOMAS SCHUURMANS, Acting Director of the USCIS Nebraska Service Center;<br><br>　　　　　Defendants. | 4:24CV3052<br><br>**ORDER OF DISMISSAL** |

　　　　On October 6, 2025, Plaintiff advised the Court in a Status Report that it no longer wished to pursue this case. (Filing No. 21.) On December 9, 2025, the Court entered a Show Cause Order directing Plaintiff to file a stipulation or show cause as to why a stipulation for dismissal had not been filed by December 22, 2025. (Filing No. 22.) On December 22, 2025, Plaintiff filed a "Stipulation of Dismissal," but the stipulation was not signed by Defendants. (Filing No. 23.) Defendants have advised the Court that they do not object to the stipulation. Having considered the matter, the Court will accept the stipulation and dismiss the case.

　　　　Accordingly,

　　　　**IT IS ORDERED** that this case be dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

　　　　Dated this 23rd day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_Susan M Bazis_
　　　　　　　　　　　　　　　　　　　　　　　　Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge